IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

MARK W. CORBIN
MARK W. CORBIN AGENCY, INC.                                    PLAINTIFFS

v.                CASE NO. 4:07-cv-01142-WRW

FARMERS INSURANCE EXCHANGE,
TRUCK INSURANCE EXCHANGE,
FIRE INSURANCE EXCHANGE,
MID-CENTURY INSURANCE COMPANY,
FARMERS NEW WORLD LIFE INSURANCE COMPANY,
FARMERS INSURANCE CO., INC., AND
FARMERS GROUP, INC.                                            DEFENDANTS

## ORDER

The Court, having been apprized by the parties that complete diversity of citizenship of the parties is lacking, concludes that removal of this action is not permitted under 28 U.S.C. § 1441. As the Court lacks subject matter jurisdiction to hear the action, it is remanded to the Circuit Court of Pope County, Arkansas for further proceedings.

IT IS SO ORDERED this 1st day of February, 2008.

_____
UNITED STATES DISTRICT COURT JUDGE